# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128340(36)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH JAY HOULIHAN,
      Defendant-Appellant.

_____

SC: 128340
COA: 256534
Kent CC: 01-002731-FC

On order of the Chief Justice, the motion by the Attorney General to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2005

_____
Clerk